# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 4, 2022

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

        Re:    Norris v. Avoa LLC, d/b/a Emilia By Nai, et al.
               Case 1:22-cv-07555-LJL

Dear Judge Liman:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for **December 13, 2022, at 4:00 p.m.**, in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been sent for service through the Secretary of State. At present, we have not received the Affidavits [D.E. 7 and D.E. 8], of Service yet. But will promptly file them upon receipt. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Sincerely,

ORDER: The request for an adjournment of the IPTC scheduled for December 13, 2022 is GRANTED. The conference is rescheduled to January 19, 2023 at 12:00pm. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.
Date: 12/5/2022

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com